| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | MATTHEW A. LAMBERTI (DCBN 460339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5061<br>Fax: (408) 535-5066<br>E-Mail: Matt.Lamberti@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0495 EJD |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>FOR MOTION TO SUPPRESS |
| SHAWN D. HOGAN, | ) ) | EVIDENCE AND MODIFYING<br>BRIEFING SCHEDULE |
| Defendant. | ) ) | |
| | ) | SAN JOSE VENUE |

WHEREAS, the parties need to adjust the briefing schedule for the defendant's motion to suppress evidence filed in this matter on October 1, 2012, and continue the hearing date to the first day that the Court is available for such hearing,

Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Shawn D. Hogan, by and through his counsel William P. Keane, hereby AGREE AND STIPULATE as follows:

1. The hearing date and time for defendant's motion to suppress evidence, filed October 1, 2012, shall be moved from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m.

2. The United States' opposition to the motion shall be due on October 16, 2012.

3. The defendant's reply to the United States' opposition shall be due on October 23,

STIPULATION AND ORDER RE HG. ON MOTION TO SUPPRESS
CR 10-0495 EJD

2012.

IT IS SO STIPULATED.

DATED: 10/4/12                          MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        _____
                                        MATTHEW A. LAMBERTI
                                        Assistant United States Attorney


                                        /s/
                                        _____
DATED: 10/4/12                          WILLIAM P. KEANE
                                        Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT the date for the hearing on the defendant's motion to suppress evidence in this case be continued from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m. IT IS FURTHER ORDERED that any opposition by the United States to the motion shall be due on October 16, 2012 and any reply by the defendant to that opposition shall be due on October 23, 2012.

IT IS SO ORDERED.


DATED:  10/5/2012                       _____
                                        HON. EDWARD J. DAVILA
                                        United States District Judge