1  William P. Keane  (State Bar No. 124756)
   wkeane@fbm.com
2  Jessica K. Nall  (State Bar No. 215149)
   jnall@fbm.com
3  Nell K. Clement  (State Bar No. 2604290
   nclement@fbm.com
4  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendant
   SHAWN HOGAN

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,              Case No.  5:10-cr-495 EJD

14              Plaintiff,                 **STIPULATION AND [PROPOSED] ORDER TO MOVE SENTENCING HEARING**

15       v.
                                           Date:   April 28, 2014
16  SHAWN HOGAN,                           Time:   1:30 p.m.
                                           Court:  Hon. Edward J. Davila
17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO MOVE SENTENCING
HEARING – Case No.  5:10-cr-495 EJD

25429\4204871.1

The parties stipulate as follows:

At the request of Mr. Hogan's counsel, the undersigned parties have agreed to continue the date for Mr. Hogan's sentencing from March 24, 2014 at 1:30 p.m. to April 28, 2014 at 1:30 p.m. Mr. Hogan's counsel understands that the proposed new date also works for Ms. Karen Mar of the United States Probation Office.

IT IS SO STIPULATED.

FARELLA BRAUN + MARTEL LLP

DATED: March 19, 2014

/s/
Jessica K. Nall
Attorneys for Defendant Shawn Hogan

DATED: March 19, 2014

MELINDA HAAG
United States Attorney

/s/
David R. Callaway
Assistant United States Attorney
Attorneys for Plaintiff

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing shall be held on April 28, 2014 at 1:30 PM, before The Honorable Edward J. Davila, United States District Judge.

DATED: March 21, 2014

THE HON. EDWARD J. DAVILA
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO MOVE SENTENCING HEARING – Case No. 5:10-cr-495 EJD

- 2 -

25429\4204871.1